**RECEIVED**
NOV 2 6 2007  MB

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 2 6 2007

Craig Sanders
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6643
JUDGE COAR
MAGISTRATE JUDGE NOLAN

Case No. _____
(To be supplied by the Clerk of this Court)

vs.

Leonard Bersky
unknow nurse assisted div 5
Head unknow nurse div 5
unknow nurse assisted div 6
Head unknow nurse div 6

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   Plaintiff(s):

Revised: 7/20/05

③ Defendant: unknow Nurse Div 5
title: Nurse assisted
Place of Employment: C.C. DOC - Div 5

④ Defendant: Leonard Bersky
title: C.O.O
Place of Employment: ~~Cermack Health Services~~ Cermack Health Services

A. Name: CRAIG Sanders

B. List all aliases: _____

C. Prisoner identification number: N-33346  2007002869S

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Unknow nurse Dw 6 ##

  Title: Head Nurse

  Place of Employment: C.C. DOC

B. Defendant: Unknow nurse Dw 6 ##

  Title: Nurse Assisted

  Place of Employment: C.C. DOC

C. Defendant: Unknow Nurse Dw 5 ##

  Title: Head Nurse

  Place of Employment: C.C. DOC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

           YES (X)  NO ( )  If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

           YES (X)  NO ( )

    C.    If your answer is YES:

        1.    What steps did you take?
I filed a grievance concerning the issue

        2.    What was the result?
It was referred to the DW physician 10-11-07

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

    D.    If your answer is NO, explain why not:
I was waiting on the DW physician to take care of the matter that was 10-11-07 its now 10-26-07

3

Revised: 7/20/05

E. Is the grievance procedure now completed?  YES (X)  NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G. If your answer is YES:

1. What steps did you take? ~~XX~~
   I file a grievance

2. What was the result? ~~XX~~
   and they respone to it but nothing happen

H. If your answer is NO, explain why not: N/A

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _N A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N A_

D. List all defendants: _N A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N A_

F. Name of judge to whom case was assigned: _N A_

G. Basic claim made: _N A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N A_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

I had Been heveing this peoblem from 5-07 to 10-11-07 but did not get any help from the nurse in Div 6# or Div 5 Now over in Div 6 the head nurse said she dedn't cere as long as no bone is sticking out it don't matter now the Head ~~nurse~~ nurse over here in Div 5# will not do any thing alway keep saying that it Stroger fault cause he made them cuts but he did not tell them do not to work here at Cook County Jail cause Stroger made them Budged cuts so now we can't get any medical attendion, the Supervisor over the medical is not over seeing his Staff, propety to Iusue that people receive medicel tretment by the supervisor not over seeing his staff propety his staff is not doing what they are Require to do by law. So the nurse in Div 6# and Div 5# do not give medical care, Im house here till my Ceiminal Case is over not to be treated like an ~~An~~ Animal kept in Constent pain cause people have Sick sence of Humor

VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the court to grant me 80,000.00 for the pain and suffering I induce from 5-07 to 10-26-07 and as of today nothing still have happen about this matter

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of 10-26, 2007

_____
(Signature of plaintiff or plaintiffs)

Craig Sanders
(Print name)

20070028695
(I.D. Number)

P.O Box 089002
Chicago Ill 60608
(Address)

**Prescription Order**
Nursing / CMT / Dialysis Copy

Sanders Craig     ID# U07007810S     Date 10-16-07
Location 5     Weight     Date of Birth 12-10-00
(Physician's Signature after last order)     Allergy: NKDA

Motrin 600mg PO BID PRN c FOOD x 1 wk #74a
Are wrap @ LPC

As of 11/14-07 nothing has
happen about this matter

Part-A / Control #: 2007x 2084

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Sanders          First Name: Craig

ID #: 20070-028155   Div.: 5   Living Unit: 2D   Date: 10/16/07

BRIEF SUMMARY OF THE COMPLAINT: About the Dentist I Been trying to have this tooth pull I been here Since 4-20-07 now I was trying to get this tooth pull Since like 5-12-07 when I was in the Drug unit I would like for this tooth to be remove thank you very much.

As of 1/04-07 nothing has happen about this matter.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Craig Sanders

C.R.W.'S SIGNATURE: M. Hrwaniec   DATE C.R.W. RECEIVED: 10/10/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2007 X 2197

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Sanders    First Name: Craig    ID#: 2007-0028695

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges denial of medical treatment.

C.R.W. Referred Griev. To: Cermak    Date Referred: 10/31/07

Response Statement: Referred to Patient Care Services

_____    _____    Date: 11/1/07    Div./Dept. _____
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

Supt ____ Hicks    _____    Date: 11/2/07    Div./Dept. II
(print - name of Supt./ Designee / Dept. Admin.)    (signature of Supt./ Designee / Dept. Admin.)

C. Marren    _____    Date: 11/1/07
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 11/2/07    Detainee Signature: Craig Sanders

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: As of 11-04-07 nothing has happen about this matter

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___    Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2007 X

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Sanders          First Name: Craig

ID #: 20070-028695    Div.: 5    Living Unit: 2D    Date: 10/26/07

BRIEF SUMMARY OF THE COMPLAINT: lack of medical care on 10-16-07 I receive a prescription order for said date and the paramedic did not come around till 10-25-07 and stated that the prescription is no good and that I should buy them off of Commissary cause I'm not going to get them from them she keep talking about what Steger cut but what Steger cut don't mean she stop working if she don't want to work she should quit

As of 11-04-07 nothing has happen about this matter

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

that my prescription be fill.
ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: M. Hiranica    DATE C.R.W. RECEIVED: 10/3/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2007x 2084

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: **Sanders**     First Name: **Craig**     ID#: **2007-0028695**

Is This Grievance An <u>Emergency</u>?     YES ☐     NO ☒

C.R.W.'S Summary Of The Complaint: **lack of dental services**

C.R.W. Referred Griev. To: **Cermak**     Date Referred: **10/11/07**

Response Statement: **Referred to Div. Physician**

**C Smith** / **C. Smith** — Date: **10/11/07**  Div./Dept. **CHS**
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

**CAPT D HUDDR** / **[signature]** — Date: **10/17/07**  Div./Dept. **DIV 5**
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

**C. WARREN** / **[signature]** — Date: **10/12/07**
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: **10/17/07**     Detainee Signature: **Craig Sanders**

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal:
**As of 11-04-07 Nothing has happen about this matter**

Appeal Board's Acceptance Of Detainee's Request:     YES ☐     NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___     Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)