FILED
NOV 2 6 2007 NF
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

**Plaintiff(s):** CRAIG SANDERS           **Defendant(s):** LEONARD BERSKY

**County of Residence:** COOK            **County of Residence:**

**Plaintiff's Address:**                 **Defendant's Attorney:**

Craig Sanders
#2007-0028695
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV6643
JUDGE COAR
MAGISTRATE JUDGE NOLAN

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** M. Burke          **Date:** 11/16/07