7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
NOV 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

NOV 2 6 2007

Craig Sanders
_____
Plaintiff

v.

Leonard Bersky
unknow nurse assigned Dw5
unknow nurse Head nurse Dw5
unknow Defendant(s) assigned Dw6
unknow nurse Head nurse Dw6

07CV6643
JUDGE COAR
MAGISTRATE JUDGE NOLAN

*Wherever ☐is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*
I, Craig Sanders, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes    ☐No   (If "No," go to Question 2)
   I.D. # 20070058195    Name of prison or jail: Cook County Jail
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2. Are you currently employed?      ☐Yes    ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married?       ☐Yes   ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages     ☐Yes   ☒No
      Amount N/A    Received by N/A

  b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
    Amount __N/A__ Received by __N/A__

  c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
    Amount __N/A__ Received by __N/A__

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                       ☐Yes ☒No
    Amount __N/A__ Received by __N/A__

  e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
    Amount __N/A__ Received by __N/A__

  f. ☐ Any other sources (state source: __N/A__ ) ☐Yes ☒No
    Amount __N/A__ Received by __N/A__

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount: __N/A__
  In whose name held: __N/A__ Relationship to you: __N/A__

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
  Property: __N/A__ Current Value: __N/A__
  In whose name held: __N/A__ Relationship to you: __N/A__

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
  Address of property: __N/A__
  Type of property: __N/A__ Current value: __N/A__
  In whose name held: __N/A__ Relationship to you: __N/A__
  Amount of monthly mortgage or loan payments: __N/A__
  Name of person making payments: __N/A__

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                    ☐Yes ☒No
  Property: __N/A__
  Current value: __N/A__
  In whose name held: __N/A__ Relationship to you: __N/A__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
  __N/A__
  __N/A__

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 10-26-07

_____
Signature of Applicant

CRAIG SANDERS
(Print Name)

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, CRAIG SANDERS, I.D.# 2007 0028695 has the sum of $ -0- on account to his/her credit at (name of institution) CCDOC.
I further certify that the applicant has the following securities to his/her credit: $25.00. I further certify that during the past six months the applicant's average monthly deposit was $ (mo) $25.00
(Add all deposits from all sources and then divide by number of months).

10-26-07
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Margaret Howaniec
(Print name)

rev. 7/18/02

-3-