

MAGISTRETE Judge Nolan

I have a case in your court room @ CRAIG Sanders -VS- LEONARD BERSKY, ET AL. the case Number is 07C6643 I would like to ask the court your Honor to have an attorney to Represent me in this matter Thank you for your time

**FILED**

DEC 2 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRAIG Sanders