UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAIG SANDERS, ) | |
| ) | |
| Plaintiff, ) | 07 C 6643 |
| ) | |
| vs. ) | Honorable Judge |
| ) | David H. Coar |
| LEONARD BERSKY, ) | |
| UNKNOWN NURSE ASSIGNED DIV 5 ) | |
| HEAD UNKNOWN NURSE DIV 5, ) | |
| UNKNOWN NURSE ASSIGNED DIV 6, ) | |
| HEAD UNKNOWN NURSE DIV 6, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

1. I have been having this problem from May 2007 to October 11, 2007 but did not get any help from the Nurse in Division 6 or Division 5.

    ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1.

2. Now over in Division 6 the Head Nurse said she didn't care as long as no bone is sticking out it don't matter.

    ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2.

3. Now the Head Nurse over here in Division 5 will not do anything always keep saying that its Stroger fault because he made them cuts but he did not tell them to not do work here at Cook County Jail.  Because Stroger made them budget cuts so now we can't get the medical attention.

ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3.

4. The Supervisor over the medical unit over seeing his staff, properly to insure that people receive medical treatment, by the Supervisor not over seeing his staff properly his staff is not doing what they are required to do by law.

ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4.

5. So the Nurse in Division 6 and Division 4 do not give medical care, I'm housed here till my criminal case is over not to be treated like an animal kept in constant pain because people have sick sense of humor.

ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5.

## First Affirmative Defense

The Defendant's conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional rights.  Accordingly, the Defendant is entitled to the defense of Qualified Immunity.

**Second Affirmative Defense**

The Plaintiff has failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. §1997e(a).  See Dale v. Lappin, 376 F.3d 652, 655(7th Cir. 2004).

**JURY DEMAND**

Defendant respectfully requests a trial by jury.

WHEREFORE, based upon the forgoing, Defendant Leonard Bersky, respectfully requests that this Honorable Court grant judgment in his favor and against the Plaintiff on all aspects of his Fourth Amended Complaint and further requests this Honorable Court grant fees, costs and such other relief that this Court deems just and appropriate.

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County
By:     /s/Sarah M. Burke
     Sarah M. Burke
     Assistant State's Attorney
     500 Richard J. Daley Center
     Chicago, Illinois 60602
     (312) 603.4320