# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6643 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | David H. Coar |
| LEONARD BERSKY, | ) | |
| UNKNOWN NURSE ASSIGNED DIV 5 | ) | |
| HEAD UNKNOWN NURSE DIV 5, | ) | |
| UNKNOWN NURSE ASSIGNED DIV 6, | ) | |
| HEAD UNKNOWN NURSE DIV 6, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ELECTRONIC FILING

To:   Craig Sanders
     #2007-0028695
     Cook County Jail
     P.O. Box 089002
     Chicago, Illinois 60608

PLEASE TAKE NOTICE that on this 7st Day of March 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, Defendant Leonard Bersky's *Answer to Plaintiff's Complaint*, a copy of which is attached hereto and served upon you herewith.

                                              Respectfully submitted,
                                              RICHARD A. DEVINE
                                              State's Attorney of Cook County
By:   */s/Sarah M. Burke*
     Sarah M. Burke
     Assistant State's Attorney
     500 Richard J. Daley Center
     Chicago, IL 60602

## CERTIFICATE OF SERVICE

I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on March 7, 2008.

                                              */s/Sarah M. Burke*
                                              Sarah M. Burke
                                              Assistant State's Attorney

Case 1:07-cv-06643    Document 12    Filed 03/10/2008    Page 2 of 2