UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6643 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | David H. Coar |
| LEONARD BERSKY, | ) | |
| UNKNOWN NURSE ASSIGNED DIV 5 | ) | |
| HEAD UNKNOWN NURSE DIV 5, | ) | |
| UNKNOWN NURSE ASSIGNED DIV 6, | ) | |
| HEAD UNKNOWN NURSE DIV 6, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION TO DEPOSE INCARCERATED PERSON

NOW COMES the Defendant, LEONARD BERSKY by his attorney, RICAHRD A. DEVINE, Cook County State's Attorney, and through his Assistant, SARAH M .BURKE and pursuant to Rule 30(a)(2) of the Federal Rule of Civil Procedure, moves this Honorable Court to take the deposition of Craig Sanders. In support, Defendant states as follows:

1. That Craig Sanders is the Plaintiff in the present action.

2. That the Defendant intends to take the deposition of Craig Sanders.

3. That Craig Sanders is presently incarcerated at the Cook County Jail, located at 2600 South California, Chicago, Illinois 60608.

WHEREFORE, Defendant respectfully requests this Honorable Court to allow the deposition of the Plaintiff, Craig Sanders.

Respectfully Submitted

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/Sarah M. Burke
    Sarah M. Burke
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, Illinois 60602