UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6643 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | David H. Coar |
| LEONARD BERSKY, | ) | |
| UNKNOWN NURSE ASSIGNED DIV 5 | ) | |
| HEAD UNKNOWN NURSE DIV 5, | ) | |
| UNKNOWN NURSE ASSIGNED DIV 6, | ) | |
| HEAD UNKNOWN NURSE DIV 6, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Craig Sanders
      #2007-0028695
      Cook County Jail
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on **March 13, 2007** at **9:00** a.m., I shall appear before the Honorable David H. Coar in the courtroom usually occupied by him in Room 1419 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendant's Motion to Depose an Incarcerated Person.*

                                    Respectfully Submitted,
                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County
                              By:   /s/Sarah M. Burke_____
                                    Sarah M. Burke
                                    500 Richard J. Daley Center
                                    Chicago, Illinois 60602
                                    (312) 603-4320

### CERTIFICATE OF SERVICE

I, Sarah M. Burke Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on March 7, 2008 electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                    /s/ Sarah M. Burke_____
                                    Sarah M. Burke