FILED 4-7-08

APR - 7 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Mr. David H. Coar

I have a claim in your court room, Craig Sanders Vs. Leonard Bersky and 4 unknown nurses here at the Cook County Jail, and I been having a lots of problems with trying to get to the law library in order to prepare my case, but for no reason I can't explain I can not get to the law library here I turn in request forms after request forms but to no good I can't go or to have copys made I have file grievance after grievance but it do no good, so I'm asking you is could you give me a court order to go to the law library and a court order for me to make legal call cause I do need to a lawyer on this I don't know what I am doing so could you please issue me these orders. I have a hearing on 4-18-08

Case Number
07 C 6643

Honorable Judge
David H. Coar

Craig Sanders
Vs.
Leonard Bersky
4 unknown nurse

Thank you
Craig Sanders