IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Craig Sanders<br>    Plaintiff | ) <br>) <br>) | |
| v. | ) <br>) | 07 C 6643 <br>Judge Coar |
| Sheriff of Cook County and Cook County<br>    Defendants | ) <br>) | |

### MOTION TO FILE AN APPEARANCE AND AN AMENDED COMPLAINT

Now comes the Plaintiff, Craig Sanders, and moves this Honorable Court to permitted Thomas G. Morrissey and Kenneth Flaxman to file an appearance and to file an Amended Complaint. In support of the motions, plaintiff states as follows:

1. Craig Sanders is currently incarcerated at the Cook County Jail and has filed a civil rights complaint alleging that he has not been able to obtain dental care and pain medication. Mr. Sanders has retained the services of Thomas G. Morrissey and Kenneth Flaxman.

2. On January 31, 2008, the Court granted the plaintiff's petition to proceed *in forma pauperis* and suggested that the plaintiff file an amended complaint . Plaintiff has attached a copy of the Amended Complaint . (Exhibit A).

Wherefore plaintiff prays for an order granting leave of court to file appearances and permitting the filing of an Amended Complaint.

Respectfully submitted,

/s/ Thomas G. Morrissey
Attorney for the Plaintiff

Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, Il. 60643
773-233-7900

Kenneth N. Flaxman
200 S. Michigan Ave.
Suite 1240
Chicago, Il. 60604-2430

CERTIFICATE OF SERVICE

Thomas G. Morrissey, states that he served by E-filing the foregoing Motion to file an appearance and an Amended Complaint o the undersigned attorney on April 22, 2008

/s/ Thomas G Morrissey
Thomas G. Morrissey

Ms. Sarah M. Burke
Office of the State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602