# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Craig Sanders | ) | |
|    Plaintiff | ) | |
| | ) | |
|       v. | ) | 07 C 6643 |
| | ) | Judge Coar |
| Sheriff of Cook County and Cook County | ) | |
|    Defendants | ) | |

## NOTICE OF MOTION

To:     See Service List

     Please take notice that on April 30, 2008 at 9:00 a.m. or as soon thereafter as this motion may be heard, I shall appear before the Honorable David H. Coar, of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 1419, 219 S. Dearborn Street, Chicago, Illinois, or in the absence of said Judge, before any other Judge or Magistrate who may be sitting in place or stead of said Judge and then and there present Plaintiffs' **Motion to File an Appearance and to File An Amended Complaint** at which time and place you appear if you so desire.

     Dated this 22nd day of April, 2008 at Chicago, Illinois.

                                Respectfully submitted,

                                /s/ Thomas G. Morrisey
                              One of the plaintiffs attorneys

Thomas G. Morrissey
10249 S. Western Ave.
Chicago, Il. 60643
(773)233-7900


