UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Craig Sanders
                        Plaintiff,

v.                                         Case No.: 1:07–cv–06643
                                            Honorable David H. Coar

Leonard Bersky, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before Judge Honorable David H. Coar:MOTION by Plaintiff Craig Sanders to amend/correct File an appearance and to file an amended complaint [18] is granted. Leae granted Thomas G. Morrissey and Kenneth Flaxman to file appearance on behalf of the plaintiff. Leave granted plaintiff to file an amended complaint instanter. Parties need not appear on the noticed motion date of 4/30/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.