IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
**APRIL 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Craig Sanders ) | |
|    Plaintiff ) | |
| ) | |
|    v. ) | 07 C 6643 |
| ) | Judge Coar |
| Sheriff of Cook County and Cook County ) | |
|    Defendants ) | |

## AMENDED COMPLAINT

Now comes Craig Sanders, by and through his attorney, Thomas G. Morrissey, Ltd, and Kenneth Flaxman, and alleges as follows:

1. This is a civil action seeking damages against the defendants for committing acts under color of law, which deprived the plaintiff of rights secured under the Fourteenth Amendment to the Constitution. Jurisdiction is proper in this Court pursuant to 28 U.S.C. Sec. 1343 and 2201 and pursuant to 42 U.S.C. Sect. 1983 and 1988.

2. Plaintiff Craig Sanders is a resident of the Northern District of Illinois.

3. Defendants are the Sheriff of Cook County and Cook County. The Sheriff is sued in his official capacity only; Cermak Health Services is a division of the Cook County Bureau of Health which is in turn a division of the defendant Cook County.

4. Since April 20, 2007 Craig Sanders has been held at the Cook County Department of Corrections ("Cook County Jail") as a pretrial detainee.

5. Starting on or about May 12, 2007, Mr. Sanders began to experience a painful toothache which interfered with his ability to eat and caused him unbearable pain.



DEPOSITION EXHIBIT A



6. During the ensuing months, plaintiff continuously complained to the correctional staff and nurses assigned to his housing unit concerning the painful tooth. Mr. Sanders also filed several grievances requesting to see a dentist and seeking pain medication for his condition. Plaintiff's grievances did not result in a referral to see a dentist and instead, Mr. Sanders was finally referred to a physician on October 16, 2007.

7. Although pain medication was prescribed by the physician for Mr. Sanders toothache on October 16, 2007, the medical staff never provided Mr. Sanders with the pain medication.

8. Defendants have at all times known that broken, infected, or otherwise diseased teeth and gums can be excruciatingly painful and if untreated, can result in serious permanent injury.

9. In 2006, defendants adopted a policy of providing dental care only in cases of extreme emergency.

10. Thereafter, in 2007, defendants eliminated the positions of many dentists employed at Cook County Jail, leaving one dentist responsible for the care of over ten thousand persons.

11. Defendants decision to employ a single dentist at the jail has had the effect of discontinuing dental services for inmates.

12. Defendant's above actions were taken in deliberate indifference to the dental needs of inmates at the Cook County Jail.

13. Plaintiff has been deprived of his rights secured by the Fourteenth Amendment to the Constitution as the result of the policies and procedures of the defendants.

14. As the direct and proximate result of the wrongful denial of essential medication, Mr. Sanders incurred great pain and suffering for over eight months .

Wherefore, plaintiff prays for an award as follows:

    A.    Award the plaintiff compensatory damages in an amount in excess of $50,000.

    B.    Award the plaintiff court costs and attorney fees under 42 U.S.C. Sect. 1988.

Respectfully submitted,

/s/ Thomas G. Morrissey
Attorney for the Plaintiff

Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, Il. 60643
773-233-7900

Kenneth N. Flaxman
200 S. Michigan Ave.
Suite 1240
Chicago, Il. 60604-2430