# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Craig Sanders | ) | |
|    Plaintiff | ) | |
| | ) | |
|    v. | ) | 07 C 6643 |
| | ) | Judge Coar |
| Sheriff of Cook County and Cook County | ) | |
|    Defendants | ) | |

## NOTICE OF FILILNG

To: See Service List

    Please Take Notice that on April 29, 2008, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, an appearance.

    Dated this 29TH day of April, 2008 at Chicago, Il.

                      Respectfully submitted

                      /s/ Thomas G. Morrissey

## CERTIFICATE OF SERVICE

Thomas G. Morrissey, states that he served by E-filing the foregoing appearance to the undersigned attorney on April 29, 2008

                    /s/Thomas G.Morrissey
                    Thomas G. Morrissey

Ms. Sarah M. Burke
Office of the State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602


