# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Sanders v. Cook County et al., | Case Number:<br>07 C 6643 |

Judge: Coar

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

County of Cook and Thomas Dart, Sheriff of Cook County

SIGNATURE /s/ Sarah M. Burke, ARDC # 6277202

FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS 500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER
# 6277202                                   (312) 603-4320

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐     NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐     NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☒     NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐