# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6643 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | David H. Coar |
| SHERIFF OF COOK COUNTY AND COOK COUNTY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ELECTRONIC FILING

To:   Thomas G. Morrissey, Ltd.        Kenneth N. Flaxman
      01249 S. Western Ave.            200 S. Michigan Ave.
      Chicago, Illinois 60643          Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on this 9th Day of May 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, Defendants THOMAS DART, SHERIFF OF COOK COUNTY and COUNTY OF COOKS' *Answer to Plaintiff's Amended Complaint*, a copy of which is attached hereto and served upon you herewith.

                                   Respectfully submitted,
                                   RICHARD A. DEVINE
                                   State's Attorney of Cook County

By:     */s/Sarah M. Burke*
        Sarah M. Burke
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL 60602

## CERTIFICATE OF SERVICE

I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois,60602, postage prepaid on May 9, 2008.

                                   */s/Sarah M. Burke*
                                   Sarah M. Burke
                                   Assistant State's Attorney