# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Craig Sanders

                    Plaintiff,

v.                                                                 Case No.: 1:07−cv−06643
                                                                   Honorable David H. Coar

Sheriff of Cook County, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

    MINUTE entry before the Honorable David H. Coar:The status date of 6/24/2008 is stricken. Status hearing reset for 7/24/2008 at 09:00 AM. Parties should not appear on 6/24/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.