UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6643 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | David H. Coar |
| SHERIFF OF COOK COUNTY AND COOK COUNTY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, counsel for the Defendants, Richard A. Devine State's Attorney of Cook County, though his Assistant Sarah M. Burke and counsel for Plaintiff Thomas G. Morrissey met on August 11, 2008 pursuant to Rule 26(f) to discuss:

(1) The nature and basis of their claims and defenses;
(2) The possibilities for a prompt settlement or resolution of this case;
(3) To make for arrange for the disclosures required under Rule 26(a)(1); and
(4) To develop a discovery plan.
To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:
  1. None. The Plaintiff alleges that he was deprived of his constitutional rights under the 14th amendment of the Constitution.

B. The following modifications to the discovery requirements of the federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery;
  1. None

C. Discovery will be needed on the following subjects:
  1. Party depositions
  2. Medical provider deposition(s)
  3. Expert deposition(s)
  4. Defendants' policy and practice regarding dental care.

D. Discovery should/***should not*** be conducted in phases.
E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes____ No_x__

F. The parties consent/***do not*** consent to this matter being referred to the Magistrate Judge for final deposition.
G. The parties have discussed the possibility of alternative dispute resolution and concluded: ___Alternative dispute resolution will not provide fruitful in this matter_____.
H. The parties discussed prompt settlement or other resolution of this matter.

   The Plaintiff has made a demand. Defendants have provided an offer. The parties continue to discuss settlement.
I. The Court should consider the following methods of expediting the resolution of this matter:
   _____The Court should consider the possibility of a settlement conference after the party depositions have been completed.

                                                    _/s/ Thomas G. Morrisey_____
                                                              Attorney for Plaintiff

                                                  /s/ Sarah M. Burke_____
                                                             Attorney for Defendants