UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6643 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | David H. Coar |
| SHERIFF OF COOK COUNTY AND COOK COUNTY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED SCHEDULING ORDER

1. **Discovery**

    The following time limits and deadlines shall be applicable

    A. All disclosures required by Rule 26(a)(1) shall be made on or before __September 15, 2008_____.
    B. Any amendments to pleadings or actions to join other parties shall be filed on or before __November 17, 2008_____.
    C. The cutoff of fact discovery is _____April 1, 2009_____.
    D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before __May 1, 2009_____.
    E. The parties may depose the other side's expert at any time prior to July 30, 2009____.
    F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to __September 1, 2009____.
    G. The parties shall have until _October 1, 2009_____ to depose the opposing parties rebuttal expert.

2. **Motions**

    Any dispositive motions to be filed on or before _November 2, 2009_____.

3. **Final Pretrial Order and Conference**

    The final pretrial order shall be filed on or before December 1, 2009_____.

    The final pretrial conference will be held on _____ at _____.m.

**4. <u>Trial</u>**

    Trial is set in this matter on _____
    At 10:00 a.m.

**5. <u>Status Hearings</u>**

    A further status hearing/preliminary pretrial conference should be held on _____.

Case 1:07-cv-06643     Document 36     Filed 08/18/2008     Page 2 of 2