UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6643 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | David H. Coar |
| SHERIFF OF COOK COUNTY AND COOK COUNTY, | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ELECTRONIC FILING

To:   **Mr. Thomas G. Morrissey**
**10249 South Western Avenue**
**Chicago, Illinois 60643**

   PLEASE TAKE NOTICE that on this 18th Day of August 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, the Parties' ***PROPOSED DISCOVERY SCHEDULE AND REPORT OF PLANNING CONFERENCE***, a copy of which is attached hereto and served upon you herewith.

                                                    Respectfully submitted,
                                                    RICHARD A. DEVINE
                                                    State's Attorney of Cook County
By:   */s/Sarah M. Burke*
                                                    Sarah M. Burke
                                                    Assistant State's Attorney
                                                    500 Richard J. Daley Center
                                                    Chicago, IL 60602

### CERTIFICATE OF SERVICE

   I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on August 18, 2008.

                                                    */s/Sarah M. Burke*
                                                    Sarah M. Burke
                                                    Assistant State's Attorney